USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___6/9/20___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

   **UNITED STATES OF AMERICA**     :
                               :
                               :

         **-against-**           :     **18-CR-420 (ALC)**
                               :
                               :     <u>**ORDER**</u>

   **CLARENCE GRANDY,**            :
                               :
           **Defendants.**  :
                               :

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

     The June 15, 2020 sentencing is adjourned to **July 31, 2020** at **10:00 a.m.**

**SO ORDERED.**

**Dated: June 9, 2020**
       **New York, New York**

_____
   **ANDREW L. CARTER, JR.**
   **United States District Judge**