EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                  -against-

Clarence Grandy,
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-5-20

**ORDER**
18-CR-420 (ALC)

**ANDREW L. CARTER, JR., United States District Judge:**

The Sentencing scheduled for August 11, 2020 is adjourned to **October 23, 2020** at **11:30 a.m.**

    SO ORDERED.

Dated: New York, New York
       August 5, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**