USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-27-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiffs.

   -v-

CLARENCE GRANDY,

                Defendant.
----------------------------------------------------X

**ORDER**

**18 Cr. 420 (ALC)**

      Upon the *ex parte* application of CLARENCE GRANDY, by his attorney AARON M. GOLDSMITH, for an Order permitting Defense Counsel to file interim payment vouchers through the CJA office:

      **IT IS HEREBY ORDERED**, that:

          1.    **AARON M. GOLDSMITH, ESQ., as Counsel for Defendant CLARENCE GRANDY may file interim payment vouchers with CJA in this matter.**

Dated:       New York, New York
              August 21, 2020

                                  SO ORDERED

                                  _____
                                  **HONORABLE ANDREW L. CARTER**
                                  **UNITED STATES DISTRICT COURT JUDGE**