UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America,

                -against-

Clarence Grandy,

------------------------------------------------------------X

**ORDER**
18-CR-420 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

    The Sentencing scheduled for October 23, 2020 is adjourned to **January 14, 2021** at 3:00 p.m.

    SO ORDERED.

Dated: New York, New York
       October 21, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE