```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/11/21__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

**United States of America,**

                                   -against-

**Clarence Grandy,**
-------------------------------------------------------X

**ORDER**
**18-CR-420 (ALC)**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Sentencing scheduled for January 14, 2021 is adjourned to **January 27, 2021** at **11:00 a.m.**

    SO ORDERED.

Dated: New York, New York
       January 11, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**