USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/22/21__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

**United States of America,**

                                               **ORDER**

                                               **18-CR-420 (ALC)**

        -v-

**Clarence Grandy,**

                Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The January 27, 2021 video sentencing is adjourned to **January 29, 2021** at **11:00 a.m.**

    Members of the public and press may attend the sentencing by dialing the audio-only line, 1-855-268-7844, using Access Code 32091812# and Pin 9921299#.

    **SO ORDERED.**

**Dated: New York, New York**
       **January 22, 2021**

                                              _____
                                             **ANDREW L. CARTER, JR.**
                                             **UNITED STATES DISTRICT JUDGE**