USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-15-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-                                      18-CR-420 (ALC)

CLARENCE GRANDY,                           **ORDER**

                Defendant.

-------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Violation of Supervised Release Hearing is scheduled for **February 17, 2022** at 12:00 p.m.

SO ORDERED.

Dated:    New York, New York
           February 15, 2022

                                                  _____
                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge