EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America,

                            **ORDER**

                            18-CR-420 (ALC)

       -against-

Clarence Grandy,

------------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

      The Violation of Supervised Release Hearing scheduled for February 17, 2022 is adjourned to **March 29, 2022** at **12:00 p.m.**

      **SO ORDERED.**

Dated: New York, New York
       February 15, 2022

*[signature]*

**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-15-22