```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC#: _____
                                                    DATE FILED: 3-29-22
```

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                          Plaintiff,

     -against-                                    18-CR-420 (ALC)

CLARENCE GRANDY,                                  **ORDER**

                         Defendant.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

Today's Preliminary Violation of Supervised Release Hearing is adjourned to April 7, 2022 at 3:00 p.m.

**SO ORDERED.**

Dated:     New York, New York
             March 29, 2022

                                        _____
                                        ANDREW L. CARTER, JR.
                                        United States District Judge