USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **11/10/22**

AARON M. GOLDSMITH, ESQ. (AG4773)
225 Broadway, Suite 715
New York, NY 10007
(914) 588-2679
Attorney for Defendant GRANDY

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------X<br>UNITED STATES of AMERICA,<br><br>            Plaintiff,<br><br>  -against-<br><br>CLARENCE GRANDY,<br><br>            Defendants.<br>-------------------------------------------------X | **Hon. Andrew L. Carter, Jr., USDJ**<br><br>Docket No.: **18 Cr. 420 (ALC)**<br><br>**NOTICE OF MOTION<br>FOR EARLY TERMINATION<br><u>OF SUPERVISED RELEASE</u>** |

TO:    UNITED STATES PROBATION DEPARTMENT, SDNY
         DARRYL A. SPENCER, USPO

         ASSISTANT UNITED STATES ATTORNEY CHRISTOPHER CLORE:

         CLARENCE GRANDY, by and through his Counsel, brings this motion pursuant to 18 USC §3583(e) to:

         1) terminate the term of Supervised Release and discharge the Defendant from his remaining obligations thereunder; and for such other and further relief as this Court deems just and proper.

         Mr. Grandy further brings this motion pursuant to the applicable Federal Rules of Criminal Procedure, Amendments to the United States Constitution, all other referenced and applicable statutes, case law and local rules.

Respectfully submitted,

Dated:    New York, NY
October 17, 2022

_____
AARON M. GOLDSMITH, ESQ. (AG4773)
Attorney for Defendant GRANDY
225 Broadway, Suite 715
New York, NY 10007
(914) 588-2679
(914) 462-3912 (fax)

TO:

UNITED STATES DISTRICT COURT
500 Pearl St.
New York, NY 10007

UNITED STATES ATTORNEY'S OFFICE, EDNY
Attn.: Christopher Clore, AUSA
One St. Andrews Plaza
New York, NY 10007

*via ECF and email*
UNITED STATES PROBATION DEPARTMENT, SDNY
Attn.: Darryl A. Spencer, USPO
500 Pearl St.
New York, NY 10007

The application is **GRANTED**.
So Ordered.

*[Signature]* 11/10/22